# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Robert D. Lorth Jr.

Write the full name of each plaintiff.

**25 CV 7416**

No. _____
(To be filled out by Clerk's Office)

-against-

—See Defendant Information—

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☐ Yes    ☐ No

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

RECEIVED
SDNY PRO SE OFFICE
2025 SEP -5 PM 5:02

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

---

## I.     LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a *"Bivens"* action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## II.     PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

| Robert | D. | Lurch | Jr. |
|--------|-----|-------|-----|
| First Name | Middle Initial | Last Name | |

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

N/A

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

N/a

Current Place of Detention

321 East Tremont avenue

Institutional Address

| Bronx | NY | 10457 |
|-------|-----|-------|
| County, City | State | Zip Code |

## III.     PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☑ Other:    Free

## IV.    DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1: _____ 9976

First Name                Last Name                Shield #

P.O.
Current Job Title (or other identifying information)

Current Work Address

New York                        NY
County, City                State                Zip Code

Defendant 2: Officer 9976 Partner

First Name                Last Name                Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City                State                Zip Code

Defendant 3: City of New York

First Name                Last Name                Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City                State                Zip Code

Defendant 4:

First Name                Last Name                Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City                State                Zip Code

## V.    STATEMENT OF CLAIM

Place(s) of occurrence: _Midtown Manhattan (39th Street / 8th ave)_

Date(s) of occurrence: _May 6, 2025_

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

-See Attached-

Claim #1

## <u>Violation of Plaintiff 4th amendment Protections</u>

On May 6,2025 the plaintiff and his girlfriend got into a disagreement on what to feed her son(Which is my stepson).Even though this disagreement started inside the hotel,the plaintiff's girlfriend insisted on going to 7/11 while her and the plaintiff was disagreeing loudly about what should the baby eat for Breakfast.

Once the plaintiff and his girlfriend reached the lobby area of the hotel that they were staying at,hotel management told the plaintiff he shouldn't talk so loudly to his girlfriend,the plaintiff minimized the situation by truthfully telling hotel staff that is girlfriend is a little stubborn thats all and that him and his companion are ok.

Upon entering 7/11, a random stranger tried to aggressively approach and speak to the plaintiff as he was speaking to his girlfriend as she carried her son into the 7/11 to get something to eat.In response to this stranger actions,the plaintiff informed this individual that he is a grown man and that this individual should mind his business in regards to anything the plaintiff has going on with him and his significant other.

At that moment,Officers approached the plaintiff and said that he was being edp'd.When the plaintiff asked why,officers tried to state that they didn't like what I informed the stranger.

Now the plaintiff has constitutional protections as an American citizen and one of those protections is the right not to be seized without probable cause.

Therefore,for a seizure to be lawfully made of an individual's person,probable cause to seize that person has to exist at the time the person's freedom of movement is restricted by authority.

Furthermore,to seize a person for the purposes of bringing them to a hospital for psychiatric evaluation,the officers in this matter had to be in compliance with MHL 9.41 or MHL 22.09 for this seizure to be lawful:

MHL 9.41 states the Following-

a) Any peace officer, when acting pursuant to their special duties, or police officer who is a member of the state police or of an authorized police department or force or of a sheriff's department may take into custody any person who appears to be mentally ill and is conducting themself in a manner which is likely to result in serious harm to the person or others. Such officer may direct the removal of such person or remove such person to any hospital specified in subdivision (a) of section 9.39 of this article, or any comprehensive psychiatric emergency program specified in subdivision (a) of section 9.40 of this article, or pending such person's examination or admission
to any such hospital or program, temporarily detain any such person in
another safe and comfortable place, in which event, such officer shall immediately notify the director of community services or, if there be none, the health officer of the city or county of such action. Provided, however, a peace officer or police officer directing the removal of a person who is conducting themself in a manner which is likely to result
in serious harm as defined by paragraph three of subdivision (c) of

section 9.01 of this chapter, shall request the transport of such person
be conducted by emergency medical services, if practicable based on: the
person's potential medical needs and the capacity limits of the local emergency medical services agencies, as determined by the local emergency medical services agencies; and the safety of the person being
removed, as determined by the officer.

(b) A person otherwise determined to meet the criteria for an emergency assessment pursuant to this section may voluntarily agree to
be transported to a crisis stabilization center under section 36.01 of this chapter for care and treatment and, in accordance with this article, an assessment by the crisis stabilization center determines that they are able to meet the service needs of the person.

MHL 22.09 states the following-

Under MHL § 22.09, an officer can take a person into custody if they are "incapacitated" by alcohol or substances to the degree that they are likely to harm themselves or others.
Conditions for taking an incapacitated person into custody
For an officer to act under MHL § 22.09, the person's intoxication must reach the level of "incapacitation," which is defined as being:

*Unconscious.

*Having judgment so impaired that they cannot make a rational decision about their need for treatment.

*Posing a substantial risk of physical harm to themselves (e.g., suicide or serious bodily harm).

*Posing a substantial risk of physical harm to others (e.g., violent behavior).

In the instant matter,Officers informed Ems that the plaintiff is a Edp and EtoH Intox(see Exhibit A)(Which were the reasons used for justifying seizing the plaintiff,allegedly).

If we take a look at the prehospital summary care report of the incident(Exhibit A),it clearly shows that Ems states that they were dispatched because nypd informed them or reported that the plaintiff is intoxicated off of alcohol or drugs.

Furthermore,the discharge instructions from the incident(Exhibit B),clearly states that the plaintiff was brought into the E.D. for agitation in the setting of substance abuse.

The discharge papers of the incident,even state that the plaintiff was treated for agitation,cocaine and alcohol use.

Your honor, to the contrary,the ed triage notes(Exhibit E) paints a different narrative and states the plaintiff was brought into the Ed because he was throwing things in the 7/11 and hotel lobby, shirtless and shoeless.

Due to the circumstances,probable cause to seize the plaintiff did not exist and the officers who seized the plaintiff on the day of incident violated his fourth amendment protections.

If we analyze probable cause based off of the standards entailed in Mhl 22.09,probable cause did not exist in this matter because the following criteria was not met:

    1)The plaintiff was not unconscious

    2)The plaintiff was not so severely inebriated that he needed treatment or couldn't make a rational decision about getting treatment(The plaintiff wasn't drunk or under the influence at all) and

    3)The plaintiff did not pose a danger to himself or others nor is it documented that he did(A citizen acting aggressive with officers for falsely arresting him can not be used as justification for arresting that person)(The conduct occurred after the arrest and did not cause the arrest)

Same as with MHL 22.09,the circumstances in this matter did not justify an arrest pursuant to MHL 9.41 either.The plaintiff was not a danger to himself or others and the allegation that he was throwing things is a hearsay allegation that is not supported or corroborated by any physical evidence associated with the matter or any statements from 7/11 or hotel employees.Therefore,it can not be utilized as reasoning to seize the plaintiff pursuant to MHL 9.41 and furthermore,these allegations by themselves does not show that the plaintiff was a danger to anyone(It should be noted,any surveillance footage from 7/11 or the hotel on the day of the incident will show this event did not occur and was fabricated).

In conclusion, the plaintiff's fourth amendment rights were violated on the day of the incident and the plaintiff is seeking punitive and compensatory damages as a result.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

1) Humiliation

2) Pain and suffering

## VI.    RELIEF

State briefly what money damages or other relief you want the court to order.

1) Im suing each Individual defendant for $5 Million dollars in compensatory damages and for $5 Million dollars in Punitive damages.

2) Im suing each entity Listed for $5 Million dollars in Punitive damages

## VII.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.


Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 9/5/2025 | _(signature)_ |
| Dated | Plaintiff's Signature |

| | | |
|---|---|---|
| Robert | D. | Lurch |
| First Name | Middle Initial | Last Name |

321 East Tremont Avenue
Prison Address

| | | |
|---|---|---|
| Bronx | NY | 10457 |
| County, City | State | Zip Code |


Date on which I am delivering this complaint to prison authorities for mailing: _____

**Robert D Lurch Jr.**
**Docket #:Not assigned**
**yet**
**Date:9/4/2025**

# <u>Exhibits</u>

## "Providing evidence in support of my allegations documented In my Section
## 1983 complaint"

**Name:** Robert D. Lurch Jr **Date:** 9/5/2025 _____    **Signature** _____

# <u>Exhibit A</u>

## "Prehospital summary care report of May 6, 2025 incident"

\*Documents that the reason Ems was dispatched on the day of the incident was a complaint that the plaintiff abusing drugs or alcohol

\*Demonstrates that Nypd did not state the plaintiff was being arrested for any crime until he arrived at the hospital

\*Alleges that plaintiff is exhibiting violent behavior towards Nypd officers without describing any conduct that can be considered violent exhibited by the plaintiff

\*Shows the plaintiff was Initially arrested for Edp and alcohol intoxication

\*Establishes an officer with the badge number 9976 escorted the plaintiff to the hospital



**MOUNT SINAI WEST**
1000 10TH AVENUE
New York NY 10019-1147
Entire Chart

**Mount Sinai**

Lurch, Robert Derek Jr.
MRN: 936349, DOB: 11/28/1990, Legal Sex: M
Acct #: 30000504127
Adm: 5/6/2025, D/C: 5/6/2025

**Encounter-Level Documents: (continued)**

---

May/6/2025 10:55:32 AM    Northwell Health->2125237160          1/4
5/6/2025  9:43 AM  FROM: Northwell Health    TO: +12125237160    P. 1

---

Northwell Health
Emergency Medical Services

### Prehospital Care Report Summary
Northwell Health
Syosset, NY

Date:05/06/2025  Call #:1479  Booklet:11349102 Branch: NYC 911 - Queens & Manhattan (#11)  Time Zone:GMT-05:00 Eastern

**Call Information:**

| | |
|---|---|
| | # Patients Transported |
| **Billing Disposition:** Treated/Transported (10-82) | In My Unit: 1 |
| **Unit Disposition:** Patient Contact Made [82,83,93,94,94A,95,CP] | # Patients at Scene: 1 |
| **Patient Evaluation/Care Disposition:** Patient Evaluated and Care Provided [82, 94, 94A, 93 After | |
| Treatment, 83R, CP] | Call Received: 09:32:15 |
| **Crew Disposition:** Initiated and Continued Primary Care [82, 93, 94A, 83R, CP] | Dispatched: 09:32:27 |
| **Transport Disposition:** Transport by This EMS Unit (This Crew Only) [82] | En Route: 09:32:56 |
| **Deceased Patient:** Not Applicable | At Staging Area: |
| **Initial Patient Acuity:** Lower Acuity (Green) | On Scene: 09:37:50 |
| **Unit #:** 07F3 - 07F3, Ground-Ambulance - BLS  **Trip Type:** N/A | Patient Contact: 09:40:00 |
| **Run Type to Scene:** Emergency Response (Primary Response Area)  Emergent (Immediate Response) | Transfer of EMS |
| | Patient Care: |
| **Service Requested:** 911 / Emergency Response (Scene) | Left Scene: 09:53:33 |
| **Incident Facility:** | At Destination |
| **Incident Location:** W 39 ST/8 AVE - Manhattan, NY 10018 (New York County) | Landing: |
| **Incident Location Type:** Hotel/Motel | At Destination: 10:07:29 |
| | Destination Patient |
| **Receiving Facility:** [18] Mount Sinai West (Hospital) - 1000 10th Ave - New York, NY 10019 | Transfer of Care: 10:26:50 |
| **Facility Address:** 1000 10th Ave - New York, NY 10019 | In Service: 10:31:56 |
| **Registration #** N/A | Home Location: |
| **Destination Type:** Hospital Emergency Department | |
| **Dest. Reason:** Specialist Care | Time On Scene: 16 Min |
| **Hospital Capability:** Behavioral Health | Time to Destination: 35 Min |
| | Total Time of Run: 59 Min |
| **Loaded Mileage:** 1.5 (Total Mileage: 1.5) | |
| **Crew Members:** Joseph Park, EMT(DOC) ( NY: 498719 ) ; Meir Nordlicht, EMT(DS)(DH) | |
| ( NY: 502164 ) | |

**Personal Protective Equipment Used:**
Joseph Park - Gloves
Meir Nordlicht - Gloves

**Moved to Amb By:** Stretcher  **Transport Position:** Semi/Full Fowlers  **From Amb By:** Stairchair
**Factors Affecting Service Delivery:**
**Dispatch Delay:** None/No Delay
**Response Delay:** None/No Delay
**Scene Delay:** None/No Delay
**Transport Delay:** None/No Delay
**Turn-Around Delay:** None/No Delay

**Call Origin:** N/A    **Lights/Siren:** Scene - Lights and Sirens, Destination - Lights and Sirens
**Pre-Arrival Alert/Activation:** * No  **Time:**

**Patient Information:**

| | | | |
|---|---|---|---|
| **Name:** Robert Derek Lurch Jr | | **DOB:** 11/28/1990 | |
| **Address:** 314 W 40th st - New York, NY 10018 | | **Gender:** Male | |
| **County:** New York | | **Age:** 34 Years | |
| **Patient Country:** UNITED STATES | | **Weight:** 160.0 lbs, 72.6 kg | |
| **Phone:** | | **Broselow:** | |
| **Email:** | | | |
| **Driver License:** | | | |

| | | | |
|---|---|---|---|
| **Current Meds:** Unable to Complete | | Comments: | |
| **Env Allergies:** | | Comments: | |
| **Med Allergies:** Unable to Complete | | Comments: | |
| **Patient Physician:** | | | |
| **Advance Directives:** | | | |

05/06/25 10:43 SanFax ReportUser  © 2025 Sansio    Northwell Health    BK: 11349102  Call #:1479  Pg 1 of 4    PCR 1 of 1
CONFIDENTIAL: This transmission contains confidential information, which may be protected health information as defined by the Health Insurance Portability and
Accountability Act (HIPAA) Privacy Rule. This transmission is intended for the exclusive use of the individual or entity to whom it is addressed and may contain information
that is proprietary, privileged, confidential, and/or exempt from disclosure under applicable law. If you are not the intended recipient (or an employee or agent responsible
for delivering this facsimile transmission to the intended recipient), you are hereby notified that any disclosure, dissemination, distribution or copying of this information
is strictly prohibited and may be subject to legal restriction or sanction. Please notify the sender to arrange the return or destruction of the information and all copies.

---



**MOUNT SINAI WEST**
1000 10TH AVENUE
New York NY 10019-1147
Entire Chart

Lurch, Robert Derek Jr.
MRN: 936349, DOB: 11/28/1990, Legal Sex: M
Acct #: 30000504127
Adm: 5/6/2025, D/C: 5/6/2025

**Mount Sinai**

---

**Encounter-Level Documents: (continued)**

May/6/2025 10:55:32 AM    Northwell Health->2125237160                                    2/4
5/6/2025   9:43 AM   FROM: Northwell Health      TO: +12125237160    P. 2

PMH:            Unable to Complete.
Comment:
Patient Physical Limitations:
Comment:

Payer Information:

| Priority: | Name: ` Unknown | Type: | Policy #: | Group #: |
|---|---|---|---|---|
| Policy Holder: , , Apt , | | | Phone: | DOB: |
| Relationship of Patient to Insured: | | | | |

Clinical:

Onset Date/Time: 05/06/25 08:30:00
Last Known Well Date/Time: 05/06/25 08:30:00
Dispatch Reason (EMD): DRUG   DRUG - Hx Drug Or Alcohol Abuse
Medical Need:

Chief Complaint (Primary): Behavioral Disorder  Duration: 1 Hours
Organ System: Global/General
Anatomic Location: General/Global
Provider Impression: Behavioral Disorder
Mechanism of Injury:
Alcohol/Drug Use Indicators: Positive Level known from Law Enforcement or Hospital Record, Physical Exam Indicates Suspected
Alcohol or Drug Use
Protocol 1:                                                    Protocol 2:

Assessments:

| Time | Employee | Type | Summary |
|---|---|---|---|
| 09:40:00 | Park, Joseph | ABC | Airway:<br>General: Patent: Yes<br>Breathing:<br>Rate: Normal: Yes<br>Quality: Unlabored: Yes<br>Lung Sounds: Left: Clear: Yes<br>Lung Sounds: Right: Clear: Yes<br>Circulation:<br>General: Normal: Yes<br>Skin Capillary Refill: Normal<br>Skin Color: Normal: Yes<br>Skin Temperature: Normal: Yes<br>Skin Condition: Normal: Yes |
| 09:40:00 | Park, Joseph | Head To Toe | Head and Neck:<br>Head: Normal: Yes<br>Left Eye: PERRL: Yes<br>Right Eye: PERRL: Yes<br>Neck: Normal: Yes<br>Chest and Back<br>Cervical: Normal: Yes<br>Thoracic: Normal: Yes<br>Lumbar/Sacral: Normal: Yes<br>Abdomen and Pelvis<br>LUQ Abdomen: Normal: Yes<br>RUQ Abdomen: Normal: Yes<br>LLQ Abdomen: Normal: Yes<br>RLQ Abdomen: Normal: Yes<br>Pelvis: Normal: Yes<br>GI: Normal: Yes<br>Arms and Legs<br>Left Arm: Normal: Yes |

05/06/25 10:43 SanFax ReportUser  © 2025 Sansio      Northwell Health    BK: 111349102 Call #:1479  Pg 2 of 4                                    PCR 1 of 1
CONFIDENTIAL: This transmission contains confidential information, which may be protected health information as defined by the Health Insurance Portability and
Accountability Act (HIPAA) Privacy Rule. This transmission is intended for the exclusive use of the individual or entity to whom it is addressed and may contain information
that is proprietary, privileged, confidential, and/or exempt from disclosure under applicable law. If you are not the intended recipient (or an employee or agent responsible
for delivering this facsimile transmission to the intended recipient), you are hereby notified that any disclosure, dissemination, distribution or copying of this information
is strictly prohibited and may be subject to legal resolution or sanction. Please notify the sender to arrange the return or destruction of the information and all copies.

---



**Mount Sinai**

MOUNT SINAI WEST
1000 10TH AVENUE
New York NY 10019-1147
Entire Chart

Lurch, Robert Derek Jr.
MRN: 936349, DOB: 11/28/1990, Legal Sex: M
Acct #: 30000504127
Adm: 5/6/2025, D/C: 5/6/2025

**Encounter-Level Documents: (continued)**

May/6/2025 10:55:32 AM    Northwell Health->2125237160    3/4
5/6/2025    9:43 AM    FROM: Northwell Health    TO: +12125237160    P. 3

**Right Arm:** Normal: Yes
**Left Leg:** Normal: Yes
**Right Leg:** Normal: Yes

| | | | |
|---|---|---|---|
| 09:40:00 | Park, Joseph | Neurological | **AVPU:** Alert |

**Mental Status:** Combative: Yes, Combative: Yes, Strange and inexplicable behavior: Yes, Uncooperative: Yes
**Neurological:** All Neuro: Normal

Vitals:

| Time | Employee | Summary |
|---|---|---|
| 09:42:00 | Park, Joseph | **BP:** Systolic Unable to Complete/ **Pulse:** Unable to Complete **Resp:** Unable to Complete **SPO2:** Unable to Complete **Blood Sugar:** Unable to Complete **CO2:** Unable to Complete **Pain:** Unable to Complete **Glasgow Coma Score:** E (4) + V (5) + M (6) = 15 **Comments:** Violent behavior to NYPD officers and unit 07F3. |
| 09:57:00 | Park, Joseph | **BP:** Systolic Unable to Complete/ **Pulse:** Unable to Complete **Resp:** Unable to Complete **SPO2:** Unable to Complete **Blood Sugar:** Unable to Complete **CO2:** Unable to Complete **Pain:** Unable to Complete **Glasgow Coma Score:** E (4) + V (5) + M (6) = 15 **Comments:** Violent behavior to NYPD officers and unit 07F3. |

Treatments/Medications:

| Time | Employee | Summary |
|---|---|---|
| 09:40:00 | Park, Joseph | Treatment- BLS Assessment **Success:** **Response:** Unchanged **Complication:** None **Authorization Type:** Protocol **Level:** BLS |

Supply

Qty Supply

ECG Device Incident Number:

PowerFields:

| PowerField | Value |
|---|---|
| Scene - Run Disposition - Crew Disposition - Social Risk Factors - What type of social risk factors did you observe during the call? (Check all that apply) | Substance use, Violence |

Narrative History Text:
DISPATCH/RESPONSE: Unit 07F3 dispatched for DRUG - DRUG - Hx Drug Or Alcohol Abuse. Upon arrival, patient was found standing in hotel lobby. As per NYPD, patient is EDP and ETOH intox. Upon arrival, patient is handcuffed and screaming at NYPD officers and unit 07F3. Patient exhibits violent behavior to NYPD officers and unit 07F3. Vital signs unable to be obtained due to violent behavior and EDP. Patient walked with assistance over to stretcher and was secured x3. NYPD officer 9976 escorted unit 07F3 during transport. NYPD officer 9976 states patient is under arrest upon arrival at hospital. Upon arrival, patient was transferred from stretcher to bed via drawsheet method and patient care was transferred from unit 07F3 over to MD.

Unable to Sign:
**Unable to Sign Reason:** Physically Incapable
**Authorized Representative:** No authorized representative is available or willing
**Authorized Representative Signature:** No
**Secondary Documentation:** Patient Care Report (signed by representative of facility)
**Secondary Documentation Signature:** No
**Comment:**
EDP, violent behavior

**Auth Signature:** No    **Privacy Sig:** No    **Unable to Sign:** Yes    **Refused to Sign:** No

05/06/25 10:43 SanFax ReportJser    © 2025 Sansio    Northwell Health    BK. 111349102 Call #:1479   Pg 3 of 4    PCR 1 of 1
CONFIDENTIAL: This transmission contains confidential information, which may be protected health information as defined by the Health Insurance Portability and Accountability Act (HIPAA) Privacy Rule. This transmission is intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential, and/or exempt from disclosure under applicable law. If you are not the intended recipient (or an employee or agent responsible for delivering this facsimile transmission to the intended recipient), you are hereby notified that any disclosure, dissemination, distribution or copying of this information is strictly prohibited and may be subject to legal restriction or sanction. Please notify the sender to arrange the return or destruction of the information and all copies.



MOUNT SINAI WEST
1000 10TH AVENUE
New York NY 10019-1147
Entire Chart

Lurch, Robert Derek Jr.
MRN: 936349, DOB: 11/28/1990, Legal Sex: M
Acct #: 30000504127
Adm: 5/6/2025, D/C: 5/6/2025

**Encounter-Level Documents: (continued)**

May/6/2025 10:55.32 AM    Northwell Health->2125237160                    4/4
5/6/2025  9:43 AM  FROM: Northwell Health    TO: +12125237160    P. 4

Signature Image(s):
Authorization Signature                          Privacy Notice Signature

Receiving Agent / RN / MD Signature - Rizzuto MD - 05/06/2025 10:26    Technician Signature - Park, Joseph  EMT ( NY: 498719 ) - 05/06/2025
                                                                        09:58

**Recommended Service Level: BLS**

05/06/25 10:43 SanFax ReportUser   © 2025 Sansio      Northwell Health      BK: 111349102  Call #:1479  Pg 4 of 4                                    PCR 1 of 1
CONFIDENTIAL: This transmission contains confidential information, which may be protected health information as defined by the Health Insurance Portability and
Accountability Act (HIPAA) Privacy Rule. This transmission is intended for the exclusive use of the individual or entity to whom it is addressed and may contain information
that is proprietary, privileged, confidential, and/or exempt from disclosure under applicable law. If you are not the intended recipient or an employee or agent responsible
for delivering this facsimile transmission to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of this information
is strictly prohibited and may be subject to legal restriction or sanction. Please notify the sender to arrange the return or destruction of the information and all copies.

# <u>Exhibit B</u>

## "Dicharge instructions from May 6, 2025 incident"

*Establishes that plaintiff was brought to the ED on May 6,2025 for substance abuse(The plaintiff will like the court to note that the plaintiff was not under the influence of no substance on the day of the incident,alcohol or drugs)



**Mount Sinai**

MOUNT SINAI WEST
1000 10TH AVENUE
New York NY 10019-1147
Entire Chart

Lurch, Robert Derek Jr.
MRN: 936349, DOB: 11/28/1990, Legal Sex: M
Acct #: 30000504127
Adm: 5/6/2025, D/C: 5/6/2025

**Discharge Instructions (continued)** | Lurch, Robert Derek Jr. (MRN 936349)

You were brought in to the emergency department for agitation in the setting of substance use. You were given medications to help calm your symptoms and were observed in the ED. Please refrain from substance use and follow-up with outpatient detox/rehab for help with cessation.

Signed by Chase Westra, MD on 05/06/25 1145

**Lurch, Robert Derek Jr.**

Notice
Lurch, Robert Derek Jr. does not have an active treatment plan of type ONCOLOGY TREATMENT in this episode.

**Hep C Screening**

Patient Interested in Hep C Screening: Offered and Rejected
Reviewed: 5/6/2025 10:54 AM

**Pneumococcal Vaccine Assessment**

No data filed

**HIV Screening**

HIV Screening: Offered and Rejected
Reviewed: 5/6/2025 10:54 AM

**Flowsheets (all recorded)**

**Mental Status**

| Row Name | 05/06/25 1100 |
|---|---|
| Mental Status | |
| Level of Consciousness | Alert -PW |
| Orientation Level | Oriented to place;Oriented to time;Oriented to person -PW |
| Cognition | Appropriate judgement - PW |

**Vital Signs/Pain Assessment/Ht/Wt/Sedation Scale/Aldrete Score**

| Row Name | 05/06/25 1216 | 05/06/25 1158 | 05/06/25 1058 | 05/06/25 1055 | 05/06/25 1022 |
|---|---|---|---|---|---|
| Vital Signs | | | | | |
| Temp | — | — | 36.7 °C (98.1 °F) -PW | — | — |
| Temp src | — | — | Oral -PW | — | — |
| Pulse | — | — | 92 -PW | — | — |
| Resp | — | — | 16 -PW | — | — |
| BP | — | — | 124/92 -PW | — | — |
| Patient Position | — | — | Sitting -PW | — | — |
| Pain Level | — | — | — | 0 -PW | — |
| Vital Signs | | | | | |
| Heart Rate Source | — | — | Monitor -PW | — | — |
| BP Location | — | — | Left Arm -PW | — | — |
| BP Method | — | — | Automatic -PW | — | — |
| Vitals Assessment | | | | | |
| Restart Vitals Timer? | — | — | Yes -PW | — | — |
| Departure Condition | | | | | |
| Departure Condition | Stable -MJ | — | — | — | — |
| Mobility at Departure | Ambulatory -MJ | — | — | — | — |
| Is patient being discharged to home? | No ↑ -MJ | — | — | — | — |
| Is patient being | No -MJ | — | — | — | — |

# <u>Exhibit C</u>

## "Dicharge Papers from May 6, 2025 incident"

*This document falsely states that the plaintiff was under the influence of cocaine and alcohol(The plaintiff will like the court to note that there is no test results or lab reports from the day of the incident establishing that the plaintiff was under the influence of any substance nor did the plaintiff notify anyone he spoke on the day of the incident that he was under the influence of any substance)

*Shows that Officer 9976 was present when the plaintiff was discharged

*Also,that the plaintiff was unable to sign the discharge papers



**MOUNT SINAI WEST**
1000 10TH AVENUE
New York NY 10019-1147
Entire Chart

Lurch, Robert Derek Jr.
MRN: 936349, DOB: 11/28/1990, Legal Sex: M
Acct #: 30000504127
Adm: 5/6/2025, D/C: 5/6/2025

**Mount Sinai**

---

**Encounter-Level Documents: (continued)**

---

Mount Sinai West Emergency Department
1000 Tenth Avenue
New York NY 10019-1147
Phone: 212-523-6800
Fax: 212-523-7160

*13:08*

**Robert Derek Lurch Jr.**
MRN: J093359

Department: Mount Sinai West Emergency
Department
Date of Visit: 5/6/2025

**Clinical Impressions this visit:**
1. AGITATION
2. COCAINE USE
3. ALCOHOL USE

You were seen by: Chase Westra, MD

**Patient Follow-Up Information**
No data filed

**General Information**

**Patient Attestation:**

I have discussed my test results with my provider, and have received the relevant test results in my
discharge summary. I have received my Discharge Instructions, I understand the plan for follow-up and
whom to contact in an emergency. I have had an opportunity to ask questions, and have had my questions
answered.

Patient Signature: _____ *Unable to Sign*
Date: _____

Or Family Member Signature (if required): _____ *P.O. Dundas #9976*
Date: *05/06/25*

Patient Signature: _____    Date: _____

Or Family Signature if Required: _____    Date: _____

Firma del Paciente: _____    Fecha: _____

O Firma del Miembro
de la Familia (si es necesario): _____    Fecha: _____

---

Generated on 8/29/25  3:17 PM

# Exhibit D

## "Medical documentation from May 6, 2025 incident"

*Documents the location of the plaintiff's seizure



**Mount Sinai**

MOUNT SINAI WEST
1000 10TH AVENUE
New York NY 10019-1147
Entire Chart

Lurch, Robert Derek Jr.
MRN: 936349, DOB: 11/28/1990, Legal Sex: M
Acct #: 30000504127
Adm: 5/6/2025, D/C: 5/6/2025

**Flowsheets (all recorded)**

**EMS Info**

| Row Name | 05/06/25 1018 |
|---|---|
| EMS Info | |
| EMS call complaint: | edp  -JB |
| EMS called by: | nypd  -JB |
| Location of patient's pickup by EMS | west 39 street and 8 avenue in hotel lobby  - JB |

**Hospital Gown**

| Row Name | 05/06/25 1053 |
|---|---|
| Patient in Hospital Gown | |
| Patient in Hospital Gown | Offered and Declined  - PW |

**Sensory Needs**

| Row Name | 05/06/25 1051 |
|---|---|
| Sensory Needs | |
| Sensory Needs | None  -PW |

# <u>Exhibit E</u>

## "Medical records from May 6, 2025 incident"

*Ed triage notes establishing Ems or Nypd falsely informed hospital staff that the plaintiff was brought into the ed due to him being shirtless and throwing stuff around 7/11 and the hotel lobby he was staying at im assuming allegedly causing damage(This event never occurred,plaintiff was told he was being brought in because police observed him exchange words with another 7/11 customer and they dont believe im mentally stable)

*Also,Exhibits plaintiff was upset about being arrested in front of his son and partner and wanted the officer's badge number



**Mount Sinai**

MOUNT SINAI WEST
1000 10TH AVENUE
New York NY 10019-1147
Entire Chart

Lurch, Robert Derek Jr.
MRN: 936349, DOB: 11/28/1990, Legal Sex: M
Acct #: 30000504127
Adm: 5/6/2025, D/C: 5/6/2025

**Follow Up Instructions**

No data filed

---

### ED Triage Notes

**ED Triage/Intake by John Benson, RN at 05/06/25 1019**

| Author: John Benson, RN | Service: Emergency Medicine | Author Type: Registered Nurse |
|---|---|---|
| Filed: 05/06/25 1023 | Date of Service: 05/06/25 1019 | Creation Time: 05/06/25 1019 |
| Status: Addendum | Editor: John Benson, RN (Registered Nurse) | |
| Related Notes: Original Note by John Benson, RN (Registered Nurse) filed at 05/06/25 1021 | | |

As per ems/nypd patient was in 7/11 store shirtless and shoeless and throwing items around in store and then was in his hotel lobby also throwing stuff there too. Presents in triage in nypd custody in handcuffs with # 9976 MTS precinct and on ems stretcher screaming and cursing about being arrested in front of his child and wanting pd shield #'s. Uncooperative[JB.1] and not[JB.2] redirectable and moved to resus room as code orange.[JB.1]

Signed by John Benson, RN on 05/06/25 1023

**Attribution Key**

JB.1 - John Benson, RN on 05/06/25 1019
JB.2 - John Benson, RN on 05/06/25 1023

---

**ED Disposition Decision Notes**

No notes of this type exist for this encounter.

---

### ED Provider notes

**ED Provider Notes by Chase Westra, MD at 05/06/25 1032**

| Author: Chase Westra, MD | Service: Emergency Medicine | Author Type: Physician |
|---|---|---|
| Filed: 05/06/25 1039 | Date of Service: 05/06/25 1032 | Creation Time: 05/06/25 1032 |
| Status: Addendum | Editor: Chase Westra, MD (Physician) | |

## Past Medical History

No past medical history on file.
No past surgical history on file.
Social History

No existing history information found.No existing history information found.No existing history information found.No existing history information found.
No existing history information found.
Allergies
Not on File

## History of Present Illness

34-year-old male with no reported past medical history brought in by ambulance under NY PD custody for agitation. Patient was found intoxicated, shirtless, without shoes in convenience store. Endorses drinking alcohol but denies any drug use or trauma. No active medical complaints.

## Review of Systems

Generated on 8/29/25  3:17 PM