UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT D. LURCH JR., <br><br>                           Plaintiff, <br><br>      -against- <br><br> CITY OF NEW YORK; P.O. SHIELD #9976; OFFICER 9976 PARTNER, <br><br>                           Defendants. | 25-cv-07416 (JLR) <br><br> ORDER |

JENNIFER L. ROCHON, United States District Judge:

Plaintiff, who is appearing *pro se*, brings this action under 42 U.S.C. § 1983, alleging that Defendants arrested him and brought him to a psychiatric hospital without probable cause. By order dated October 1, 2025, the court granted Plaintiff's request to proceed *in forma pauperis*, that is, without prepayment of fees.

## DISCUSSION

**A.    Waiver of Service**

The Clerk of Court is directed to electronically notify the New York City Police Department ("NYPD") and the New York City Law Department of this order. The Court requests that the City of New York waive service of summons.

**B.    *Valentin* Order**

Under *Valentin v. Dinkins*, a *pro se* litigant is entitled to assistance from the district court in identifying a defendant. 121 F.3d 72, 76 (2d Cir. 1997). In the complaint, Plaintiff supplies sufficient information to permit the NYPD to identify NYPD P.O. Shield #9976 and the officer who was the partner of NYPD P.O. Shield #9976 on May 6, 2025. It is therefore ordered that the New York City Law Department, which is the attorney for and agent of the NYPD, must ascertain the identity of NYPD P.O. Shield #9976 and the identity and badge number of the

unidentified officer whom Plaintiff seeks to sue here, and the addresses where the defendants may be served.[1] The Law Department must provide this information to Plaintiff and the Court within sixty (60) days of the date of this order.

Within thirty (30) days of receiving this information, Plaintiff must file an amended complaint naming the newly identified defendants. The amended complaint will replace, not supplement, the original complaint. An amended complaint form that Plaintiff should complete is attached to this order. Once Plaintiff has filed an amended complaint, the Court will screen the amended complaint and, if necessary, issue an order asking the newly identified defendants to waive service.

## CONCLUSION

The Clerk of Court is directed to electronically notify the New York City Police Department and the New York City Law Department of this order. The Court requests that the City of New York waive service of summons.

The Clerk of Court is further directed to mail an information package to Plaintiff.

Dated: October 3, 2025
New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge

---

[1] If the unidentified officer is a current or former NYPD employee or official, the Law Department should note in the response to this order that an electronic request for a waiver of service can be made under the e-service agreement for cases involving NYPD defendants.