UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT D. LURCH, JR.,

Plaintiff,

-against-

CITY OF NEW YORK, et al.,

Defendants.

Case No. 1:25-cv-07416 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On September 5, 2025, Plaintiff Robert D. Lurch, Jr. ("Plaintiff") filed a complaint against the City of New York and two unidentified police officers, alleging that he had been arrested without probable cause. *See generally* Dkt. 1. On October 3, 2025, the Court ordered Defendant City of New York (the "City") to provide Plaintiff the identity and badge number of the unidentified officer defendants. *See* Dkt. 7. The Court also directed Plaintiff to file an amended complaint naming those officers within thirty days of receiving that information. *Id.* The City provided the required information on December 2, 2025. *See* Dkt. 11. Therefore, Plaintiff's amended complaint was due January 2, 2026. Despite the Court's reminder on December 29, 2025, *see* Dkt. 13, Plaintiff has not filed it.

As a courtesy, the Court extends Plaintiff's time to do so until **January 29, 2026**. Plaintiff's failure to do so may result in the dismissal of his action against the two officers.

Dated: January 8, 2026
        New York, New York

SO ORDERED.

*Jennifer Rochon*

JENNIFER L. ROCHON
United States District Judge