RECEIVED
SDNY PRO SE OFFICE
2026 JAN -8 PM 3: 27

Robert D. Lurch jr.
Date:1/8/2026
Docket#:25-cv-7416

## Motion to amend
## Unnamed nypd defendants
## names

    Your honor, the plaintiff is respectfully writing this court asking it to assist the plaintiff in amending his complaint by replacing the unnamed defendants with the named defendants that were provided by the city of New york i assume on december 2,2025.

    Due to financial hardship and instability of my living arrangements, the plaintiff did not receive these names provided by the City of new york, which is the reason the plaintiff has not complied with the court's order yet.

    Therefore, the plaintiff is now writing the court asking it to assist him in amending his complaint with the names that the city of new york provided. The plaintiff is only asking for this assistance because these names were not received by the plaintiff due to lack of permanent housing and financial hardship.

    In addition, the plaintiff will like this court to order the defendants to send any responses to his complaint or any court orders to the plaintiff's email at Robertlurch2018@gmail.com just in case it is not deliverable at his mailing address(as well as their answer, which i have not received yet)

Name: Robert D. Lurch Jr.   Date: 1/8/2026   Signature: _____

Docket: 25-cv-7416