UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT D. LURCH JR.,

Plaintiff,

-against-

OFFICER GLENROY DUNDAS AND OFFICER NICHOLAS DUNN,

Defendants.

Case No. 1:25-cv-07416 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

An Initial Pretrial Conference was held on October 7, 2026, at 12:00pm in Courtroom 20B of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York. Plaintiff did not appear at the conference. Plaintiff is reminded that his non-appearance at future proceedings may result in dismissal for failure to prosecute in accordance with Federal Rule of Civil Procedure 41(b).

In a separate order, and as stated at the conference, this Court will adopt the parties' case management plan and refer this case to United States Magistrate Judge Gabriel W. Gorenstein for general pretrial matters. Judge Gorenstein may adjust the discovery schedule as needed.

Dated: October 7, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge