UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT D. LURCH JR.,

Plaintiff,

-against-

OFFICER GLENROY DUNDAS AND OFFICER NICHOLAS DUNN,

Defendants.

Case No. 1:25-cv-07416 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On October 7, 2026, the Court held an initial pretrial conference in this case and issued a Civil Case Management Plan and Scheduling Order which provided for discovery through February 4, 2027. *See* Dkt. 32. On November 4, 2026, Plaintiff moved for partial summary judgment. Dkt. 38. On November 9, 2026, Defendants filed a letter respectfully requesting the Court deny this motion without prejudice as "premature and procedurally improper." Dkt. 41.

"Rule 56(b) allows a summary judgment motion to be made 'at any time.' But courts routinely deny motions for summary judgment as premature when discovery over relevant matters is incomplete." *Toussie v. Allstate Ins. Co.*, 213 F. Supp. 3d 444, 445 (E.D.N.Y. 2016); *see also Carpenter v. Dep't of Correction*, No. 10-cv-8087 (PAE), 2012 WL 1604878, at *4 (S.D.N.Y. May 8, 2012) (denying without prejudice a motion for summary judgment where "discovery has not been either begun or completed"). Here, discovery has only just begun and "[t]he nonmoving party must have had the opportunity to discover information that is essential to his opposition to the motion for summary judgment." *Trebor Sportswear Co. v. The Ltd. Stores, Inc.*, 865 F.2d 506, 511 (2d Cir. 1989) (citation modified).

Accordingly, Plaintiff's motion is DENIED WITHOUT PREJUDICE to renewal following the completion of discovery. The Clerk of Court is respectfully instructed to terminate the motion at Dkt. 38.

Dated: November 17, 2026
New York, New York

SO ORDERED.

Jennifer Rochon
JENNIFER L. ROCHON
United States District Judge